IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA　　　)
　　　　　　　　　　　　　　　　)
　　　　　Plaintiff,　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　v.　　　　　　　　　　　)　　　Case No. 08-0018-CV-W-HFS
　　　　　　　　　　　　　　　　)
ANTWAN L. TINSLEY　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　Defendant.　　　　　　)

**ORDER**

Defendant's motion to suppress evidence has been considered, together with the hearing record before Judge Maughmer and his report and recommendation for denial of the motion. No objections have been filed, but I have nevertheless reviewed the issues and the material available. The report and recommendation is hereby ADOPTED and the motion to suppress is DENIED.

It is SO ORDERED

　　　　　　　　　　　　　　　　　/s/ Howard F. Sachs_____
　　　　　　　　　　　　　　　　　HOWARD F. SACHS
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

September _17_, 2008

Kansas City, Missouri